FILED
CLERK, U.S. DISTRICT COURT

JUN 25 2021

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY



1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    Case No.: 5:21-MJ-442

                                       )
12              Plaintiff,             )    ORDER OF DETENTION PENDING
                                       )    FURTHER REVOCATION
                                       )    PROCEEDINGS
13        v.  Justine Kirkley,         )    (FED. R. CRIM. P. 32.1(a)(6); 18
                                       )    U.S.C. § 3143(a)(1))
14                                     )
               Defendant.             )
15   _____   )

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the _____ District of

18   _Arizona_ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)  The defendant has not met his/her burden of establishing by clear and

23             convincing evidence that he/she is not likely to flee if released under 18

24             U.S.C. § 3142(b) or (c).  This finding is based on the following:

25             (X)  information in the Pretrial Services Report and Recommendation

26             (X)  information in the violation petition and report(s)

27             (X)  the defendant's nonobjection to detention at this time

28             ( )  other: _____

                                    1

and/ or

B. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

     (X)   information in the Pretrial Services Report and Recommendation

     (X)   information in the violation petition and report(s)

     (X)   the defendant's nonobjection to detention at this time

     ( )   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 25, 2021

_____
SHERI PYM
United States Magistrate Judge